IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:06CR3107 |
| | ) | |
| V. | ) | |
| | ) | |
| DAGOBERTO FIGUEROA-CUEVAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's objection (filing 138) to notice of intent to destroy exhibits is construed as a motion and is denied.

DATED this 10th day of October, 2012.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge